UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**GD CHAMPAIGN LLC,**

      **Plaintiff,**

v.                                                      Case No. 20-2200

**HUMPHREYS & PARTNERS ARCHITECTS LP et al.,**

      **Defendant.**

## ORDER TO SHOW CAUSE

The Court has an independent duty to satisfy itself that federal subject matter jurisdiction exists in any case, before proceeding to its merits. See *Smith v. American General Life and Accident Ins. Co., Inc.*, 337 F.3d 888, 892 (7th Cir. 2003). Plaintiff's Complaint does not raise a federal question pursuant to 28 U.S.C. § 1331. Plaintiff's Civil Cover Sheet lists federal jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332. However, the allegations made in the Complaint are insufficient to adequately establish diversity jurisdiction.

"[L]imited liability companies are citizens of every state of which any member is a citizen." *Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003). Plaintiff's Complaint alleges the residency, not citizenship of the members of Plaintiff and Defendant. *See Nilssen v. Motorola, Inc.*, 255 F.3d 410, 412 (7th Cir. 2001) (Plaintiff must allege citizenship, not residency, of an individual party.)

The Court orders Plaintiff to show cause as to why this matter should not be dismissed for want of jurisdiction. In responding, Plaintiff is given leave to file either an affidavit or an Amended Complaint with adequate jurisdictional allegations. Plaintiff has 21 days from the entry of this order to comply.

IT IS SO ORDERED.

ENTERED this 16th day of July, 2020.

                                                              s/ ERIC I. LONG
                                                              UNITED STATES MAGISTRATE JUDGE